IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DANIELS,

    Petitioner,          No. CIV S-07-1568 GEB GGH P

   vs.

GLENN COUNTY SUPERIOR COURT,

    Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner appears to challenge the validity of his criminal conviction. However, the exact nature of petitioner's claims are unclear. Petitioner also does not address whether he has exhausted his state court remedies. For these reasons, the petition is dismissed with leave to amend. The amended petition should be prepared on the habeas corpus petition form sent to petitioner with this order.

| | |
|---|---|
| 1 | In accordance with the above, IT IS HEREBY ORDERED that: |
| 2 | 1. Petitioner's application to proceed in forma pauperis is granted; |
| 3 | 2. The petition is dismissed with thirty days to file an amended petition; failure to |
| 4 | file an amended petition within that time will result in a recommendation of dismissal of this |
| 5 | action; |
| 6 | 3. The Clerk of the Court is directed to send petitioner the form for a habeas |
| 7 | corpus petition pursuant to 28 U.S.C. § 2254. |
| 8 | DATED:  :  9/5/07 |
| 9 | /s/ Gregory G. Hollows |
| 10 | UNITED STATES MAGISTRATE JUDGE |
| 12 | dan1568.100 |